# BALLON STOLL BADER & NADLER P.C.

COUNSELLORS AT LAW     FOUNDED 1931     810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

MARSHALL B. BELLOVIN
(212) 575-7900 ext. 3270
mbellovin@ballonstoll.com

04 May 2021

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      **Re:**    Muniz v. The City of New York et al
               Civil Action No. 20-CV-9223 (JPC)
               <u>Our File No. 21120.001</u>

Dear Judge Cronan:

We represent the Plaintiff, Mr. Johnny Muniz ("Plaintiff" or "Mr. Muniz"), in the above-referenced action. I am counsel for plaintiff in this case, and I am writing with consent of defense counsel to respectfully request a brief adjournment of the May 10, 2021, Initial Pretrial Conference ("IPTC") currently scheduled before your Honor.

I am making the request for a brief adjournment, jointly with defense counsel, for the following extenuating circumstance: The attorney at our firm handling this case has recently left our firm. As such, I and a replacement attorney must now step in and involve ourselves in this case. This will require a brief period during which we can acquaint ourselves with the facts and status of this case.

I have conferred with defense counsel and jointly propose the following dates for the IPTC: May 24 and May 27, 2021.

This is the first request for an adjournment of the IPTC.

Respectfully submitted,

   *s/Marshall Bellovin*
Marshall B. Bellovin (MB 5508)

cc:    Nicholas Benjamin Green, Esq. (via ECF)

This request is granted. The IPTC scheduled for May 10, 2021 at 10:00 a.m. is adjourned to May 27, 2021 at 11:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Date: May 5, 2021
New York, New York

JOHN P. CRONAN
United States District Judge