Brittany J. Finder
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
(212) 351-4500
bfinder@ebglaw.com
*Attorney Seeking to Terminate Appearance*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHNNY MUNIZ,

                      Plaintiff,

      – v –

THE CITY OF NEW YORK, and NEW YORK CITY POLICE DEPARTMENT ("NYPD") DEPUTY INSPECTOR JOHN MASTRONARDI,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER OF TERMINATION OF APPEARANCE OF BRITTANY J. FINDER, ESQ.**

No. 20-CV-09223-JPC

        I am a former Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants, City of New York and John Mastronardi, in the above-captioned action. I respectfully request, pursuant to Local Civil Rule 1.4, that the Court terminate my appearance as counsel for Defendants.

        The Office of the Corporation Counsel has represented Defendants throughout the pendency of this action and continues to do so. *See* ECF No. 17. I appeared in this action while an attorney in the Office of the Corporation Counsel by filing a Notice of Appearance on behalf of Defendants on February 4, 2021. *See* ECF No. 14. I am no longer affiliated with the Office of the Corporation Counsel and, as such, I no longer represent the defendants in this matter.

        This action is currently in the post-pleading phase, and the parties have been referred to mediation. The termination of my appearance will not affect the posture of this action

before the Court. Accordingly, I respectfully request that my appearance in this action be terminated.

Dated: New York, New York
      May 4, 2021

                                          EPSTEIN BECKER & GREEN, P.C.

                                          By: /s/_____
                                                 Brittany J. Finder
                                                 Epstein Becker & Green, P.C.
                                                 875 Third Avenue
                                                 New York, NY 10022
                                                 (212) 351-4500
                                                 bfinder@ebglaw.com
                                                 *Attorney Seeking to Terminate Appearance*

The Clerk of Court is respectfully directed to terminate Brittany J. Finder as counsel in this action.

**SO ORDERED**                                           Dated: May _5_, 2021

_____
JOHN P. CRONAN
United States District Judge