

**H**ON. **S**YLVIA **O**. **H**INDS-**R**ADIX
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Z**ACHARY **T**. **E**LLIS
*Assistant Corporation Counsel*
Labor and Employment Law Division
(212) 356-0839
zellis@law.nyc.gov

March 23, 2022

**Via CM/ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

> Re: *Johnny Muniz v. City of New York and New York City Police Department Deputy Inspector John Mastronardi*
> Civil Action No. 1:20-CV-09223-JPC
> Law Department No. 2020-046956

Dear Judge Cronan:

      I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing Defendants, the City of New York and New York City Police Department Inspector John Mastronardi, in the above-referenced case. Pursuant to the Court's Order of December 27, 2021, the parties have been directed to file a joint status letter by March 25, 2022. *See* ECF No. 31. However, on March 15, 2022, the Court extended the deadline for fact discovery until April 8, 2022. *See* ECF No. 38. Accordingly, I write on behalf of the parties to respectfully request that the deadline to file the joint status letter be extended from March 25, 2022, to April 14, 2022. If this request is granted, no other deadlines in this matter would be impacted.

      We thank the Court for its consideration of this request.

      Respectfully submitted,

      /s/
      Zachary T. Ellis
      Assistant Corporation Counsel

cc: All Counsel of Record via CM/ECF

The Court grants the request to extend the deadline to file the joint status letter from March 25, 2022 to April 14, 2022.

SO ORDERED.

Date: March 24, 2022

_____
JOHN P. CRONAN
United States District Judge