

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ZACHARY T. ELLIS**<br>*Assistant Corporation Counsel*<br>Labor and Employment Law Division<br>(212) 356-0839<br>zellis@law.nyc.gov |

September 16, 2022

**Via CM/ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      Re: *Muniz v. City of New York*, et al.
          Civil Action No. 1:20-CV-09223-JPC
          Law Department No. 2020-046956

Dear Judge Cronan:

      I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing Defendants, the City of New York and New York City Police Department Inspector John Mastronardi (collectively, "Defendants"), in the above-referenced case. In accord with Your Honor's Individual Rules of Practice, I write to respectfully request that the deadline for Defendants to file their motion for summary judgment be extended by two weeks, from September 20, 2022, to October 4, 2022; that Plaintiff Johnny Muniz ("Plaintiff") be given until October 25, 2022, to respond in opposition to the motion for summary judgment; and that Defendants be given until November 21, 2022, to file their reply in support thereof. Plaintiff consents to the requested extension. This is Defendants' second request for a two-week extension of its deadline to move for summary judgment.

      The extension is being sought because of workload issues, including a high volume of other employment-related matters in both federal and state court. This includes multiple depositions, settlement and mediation conferences, dispositive motions, and hearings, including two state-court order-to-show-cause hearings, in other cases to which I have been assigned. Consequently, I request two additional weeks in which to prepare an appropriate motion for summary judgment, which will also need to be internally reviewed before it can be filed. The parties are not currently scheduled to appear before the Court, and the requested extension would not affect any other scheduled dates in this litigation.

      I thank the Court for its consideration of these requests.

                                                Respectfully submitted,

                                                /s/
                                                Zachary T. Ellis
                                                Assistant Corporation Counsel

cc:     All Counsel of Record via CM/ECF

The Court grants this request. Defendants will file their motion for summary judgment by October 4, 2022. Plaintiff will file his response by October 25, 2022. Defendants will file their reply by November 21, 2022. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 51.

SO ORDERED.
Date: September 19, 2022
New York, New York

                                                _____
                                                JOHN P. CRONAN
                                                United States District Judge